**Opinion issued March 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00499-CR

————————————

**DENNIS DAMIAN ANUGWOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1679691

## MEMORANDUM OPINION

Appellant Dennis Damian Anugwom has filed a motion to dismiss the

appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See*

TEX. R. APP. P. 42.2(a).  We have not issued a decision in the appeal.  The Clerk of this Court has sent a duplicate copy of the motion to the trial court clerk. *Id.*

Accordingly, we reinstate the case and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

Do not publish. *See* TEX. R. APP. P. 47.2(b).